IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Andrews, Rodney D | Case Number: 04 B 44463 |
|---|---|---|
| | Andrews, Lorraine S | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 12/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 30, 2007
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,225.00 | |
| Secured: | | 16,943.02 |
| Unsecured: | | 3,886.68 |
| Priority: | | 0.00 |
| Administrative: | | 1,244.00 |
| Trustee Fee: | | 1,158.96 |
| Other Funds: | | 992.34 |
| Totals: | 24,225.00 | 24,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 1,244.00 | 1,244.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 17,810.94 | 1,334.70 |
| 4. | HSBC Auto Finance | Secured | 15,608.32 | 15,608.32 |
| 5. | Camco Inc | Unsecured | 43.18 | 95.49 |
| 6. | American General Finance | Unsecured | 613.29 | 1,471.38 |
| 7. | Lord & Taylor | Unsecured | 74.55 | 164.93 |
| 8. | HSBC Auto Finance | Unsecured | 461.98 | 1,108.37 |
| 9. | GE Capital Auto Financial Services | Unsecured | 436.20 | 1,046.51 |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | SBC | Unsecured | | No Claim Filed |
| 12. | Bank One | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Cross Checks | Unsecured | | No Claim Filed |
| 15. | St Francis Hospital | Unsecured | | No Claim Filed |
| 16. | Hawthorne Credit Union | Unsecured | | No Claim Filed |
| 17. | Marlinit | Unsecured | | No Claim Filed |
| 18. | Providian | Unsecured | | No Claim Filed |
| 19. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 20. | St James Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,292.46 | $ 22,073.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 62.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Andrews, Rodney D           Case Number:  04 B 44463
Andrews, Lorraine S           Judge:  Wedoff, Eugene R
Printed:  5/20/08                Filed:  12/2/04

|      |          |
|------|----------|
| 4%   | 90.44    |
| 3%   | 58.15    |
| 5.5% | 337.53   |
| 5%   | 113.05   |
| 4.8% | 201.56   |
| 5.4% | 295.25   |
|      | _____ |
|      | $ 1,158.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

